# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA  v.  KEENAN QUINN | CRIMINAL ACTION  NO. 09-720-02 |
|---|---|

## ORDER

**AND NOW** this 2nd day of February, 2023, for the reasons stated in the foregoing Memorandum, the Motion for Reconsideration (ECF 138) is **DENIED**. There are no grounds for a certificate of appeal.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CRIMINAL DEPUTY (Lori)\MEMOS\15-307 order denying mot for recon.docx